JOHN O. LINDSLEY, APPELLANT, v. BOARD OF MANAGERS OF THE NEW JERSEY STATE PRISON, RESPONDENT.

Submitted May 29, 1931—Decided February 1, 1932.

For the appellant, *Harry Heher*.

For the respondent, *William A. Stevens* and *Theodore Backes*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   12.

*For reversal*—None.